# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. 19-cv-07680-JFW-GJSx     Date: January 24, 2020

Title: Brian Whitaker v. Wang Keun Yeu, et al.

Present: The Honorable John F. Walter

| Shannon Reilly | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

Not Present     Not Present

Proceedings: ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within ____ days. Make JS-6.

☐ Other Joint Stipulation to Dismiss Case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [24] - Make JS-6

☐ Entered _____.

Initials of Preparer    sr